**No. 54442.**—Difco Laboratories, Inc. *v.* United States, protests 143821–K, etc. (Detroit).

Opinion by COLE, J. The protests were dismissed.